IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL GODINO,** *et al.* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **GARCES GROUP LLC d/b/a** | : | |
| **THE OLDE BAR** | : | **NO. 18-273** |

**O R D E R**

**AND NOW**, this 20th day of June, 2018, the Court having been advised that the above action cannot proceed to trial and disposition because of the following reason:

[X] - Order staying these proceedings pending disposition of a related action [*In re Garces Restaurant Group,* Bankruptcy Court DNJ No. 18-19054-JNP)

[ ] - Order staying these proceedings pending determination of arbitration proceedings.

[ ] - Interlocutory appeal filed

[ ] - Other: recoverable assets being sought

it is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this Order shall not prejudice the rights of the parties to this litigation.

BY THE COURT:

*/s/ Berle M. Schiller*

Berle M. Schiller, J.