IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL GODINO, *et al.*** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **GARCES GROUP LLC** | : | **NO. 18-273** |

### O R D E R

**AND NOW,** this 25th day of March, 2020, it is hereby **ORDERED** that this case be removed from suspense and **DISMISSED** without prejudice. The Clerk of Court is directed to close this case for statistical purposes.

BY THE COURT:

/s/ Berle M. Schiller
Berle M. Schiller, J.